THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Troy Burkhart, Appellant.
 
 
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-131
 Submitted January 4, 2010  Filed February
17, 2010

AFFIRMED

 
 
 
 Appellate Defender Joseph L. Savitz, III,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, Assistant Attorney General S. Creighton Waters, Office of
 the Attorney General, all of Columbia; Solicitor Christina Theos Adams, of
 Anderson, for Respondent.
 
 
 

PER CURIAM: Troy
 Burkhart appeals his convictions and sentences for murder, arguing the trial
 court committed reversible error under Faretta v. California, 422 U.S.
 806 (1975), and State v. Fuller, 337 S.C. 236, 523 S.E.2d 168 (1999), by
 failing to conduct an adequate hearing in response to Burkhart's request to
 relieve his counsel and proceed pro se.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Fuller, 337
 S.C. at 241, 523 S.E.2d at 170 (stating that if the request to proceed pro se is made
 after trial has begun, the grant or denial of the right to proceed pro se rests
 within the sound discretion of the trial court); State v. Reed, 332 S.C. 35, 41, 503 S.E.2d 747, 750 (1998) (holding the request to proceed pro se must be
 clearly asserted by the defendant prior to trial); State v. Preslar, 364 S.C. 466, 473, 613 S.E.2d 381, 385 (Ct. App. 2005) (finding an
 appellant must assert both error and prejudice to warrant reversal on appeal).
AFFIRMED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.